**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL MACIAS,<br><br>        Petitioner,<br><br>    v.<br><br>J. D. HARTLEY,<br><br>        Respondent. | Case No. 1:13-cv-0000169-LJO-SKO-HC<br><br>ORDER SETTING DEADLINE FOR FILING OBJECTIONS TO FINDINGS AND RECOMMENDATIONS (DOC. 8)<br><br>**FILING DEADLINE: TWENTY (20) DAYS** |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303. Pending before the Court are the Magistrate Judge's findings and recommendations to dismiss the petition, which were filed on April 29, 2013.

    The findings and recommendations informed Petitioner that he could file objections within thirty days of service of the findings and recommendations. Petitioner did not file objections but instead filed a notice of appeal, which ultimately resulted in the dismissal

of the appeal on June 20, 2013, for lack of jurisdiction because the appeal was taken from a non-appealable order.

 Petitioner may FILE objections to the findings and recommendations no later than twenty (20) days after the date of service of this order.

IT IS SO ORDERED.

Dated: **June 24, 2013**      **/s/ Sheila K. Oberto**
              UNITED STATES MAGISTRATE JUDGE